■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS HENRY, Appellant. [612 NYS2d 127] —Judgment, Supreme Court, New York County (Richard C. Failla, J.), rendered September 24, 1990, convicting defendant, after a jury trial, of robbery in the third degree, and sentencing him to a term of 2½ to 5 years, unanimously affirmed.

Viewing the evidence in the light most favorable to the People *(People v Malizia,* 62 NY2d 755, *cert denied* 469 US

932), the evidence adduced at trial established the elements of the crime charged. After defendant took complainant's gold chain, he threatened to punch complainant in the face (Penal Law § 160.05).

The trial court properly instructed the jury as to flight where the evidence showed that defendant attempted to flee when approached by security guards (see, People v Jamison, 173 AD2d 341, 342, lv denied 78 NY2d 955). Finally, the trial court did not improperly marshall the evidence (see, People v Rivera, 183 AD2d 420, 421, lv denied 80 NY2d 933). Concur—Carro, J. P., Rosenberger, Wallach, Kupferman and Tom, JJ.